UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jerry Gilliam,

                Plaintiff,        Case No. 15-cv-11833
                                      Hon. Judith E. Levy
v.                                        Mag. Judge Mona K. Majzoub

William H. Ordiway, Jr., and
Marveilyn Talisic Ordiway,

                Defendants.

_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [31] AND CHANGING VENUE TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, BAY CITY**

On February 12, 2016, the Magistrate Judge filed her Report and Recommendation, recommending that the Court grant defendants' Motion for Change of Venue to Bay City Court (Dkt. 12) and deny plaintiff's Motion for Default Judgment (Dkt 25). (*See* Dkt. 31.)

No party filed objections to the Report and Recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The failure to object to the Report and

Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). The failure to object also relieves this Court from its duty to review this matter independently. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The Court has nonetheless thoroughly reviewed the Report and Recommendation and relevant parts of the record, and agrees with the analysis and conclusions of the Magistrate Judge.

Accordingly,

The Magistrate Judge's Report and Recommendation is adopted. Defendants' Motion for Change of Venue to Bay City Court (Dkt. 12), is granted, and plaintiff's Motion for Default Judgment (Dkt 25), is denied. The case is transferred to the U.S. District Court for the Eastern District of Michigan, Bay City.

IT IS SO ORDERED.

Dated: March 22, 2016              s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                   United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's

2

ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 22, 2016.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager